UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 02-4261

ORDER

**FILED**
NOV 1 9 2004
LEONARD GREEN, Clerk

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

AARON J. SMITH

    Defendant - Appellant

1:02cr1

Upon sua sponte review,

This court's order of November 17, 2004 denying a petition for rehearing is vacated. The appellee is directed to file a reponse to the appellant's petition no later than December 3, 2004.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk