UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-4261

04 NOV 30 PM 2: 1

Filed: November 29, 2004

1:02-CR-00001
Spiegel

UNITED STATES OF AMERICA

    Plaintiff - Appellee

  v.

AARON J. SMITH

    Defendant - Appellant

### MANDATE

Pursuant to the court's disposition that was filed 10/19/04 the mandate for this case hereby issues today.

A True Copy.

No costs taxed

Attest:

Filing Fee ..........$
Printing ............$

    Total ........$

_____
Deputy Clerk