se No: 02-4261

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

04 DEC -1 PM 1:10

### ORDER

**FILED**

NOV 3 0 2004

**LEONARD GREEN, Clerk**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

1:02cr001

AARON J. SMITH

    Defendant - Appellant

Upon sua sponte review,

The mandate issued on 11/29/04 was inadvertently issued.

It is hereby ORDERED that the mandate is RECALLED and the case be restored to the active docket.

> ENTERED PURSUANT TO RULE 45(a),
> RULES OF THE SIXTH CIRCUIT.
> Leonard Green, Clerk
>
> *Leonard Green /NB*