UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. CR-1-02-001 |
| | : | |
| vs. | : | (Spiegel, J.) |
| | : | |
| AARON J. SMITH | : | GOVERNMENT MOTION FOR |
| | : | REDUCTION OF SENTENCE |
| | : | |

- - - - - - - - - - - - - - - -

Now comes the United States and moves the court pursuant to Rule 35 of the FRCP and 18 U.S.C. §3553 for a reduction of the defendant's sentence. This motion is based upon the substantial assistance the defendant has provided to the United States.

The defendant was sentenced to 70 months in prison on October 29, 2002. The defendant cooperated with the government prior to his sentence but the investigation still remains open.

The United States recommends that the defendant's sentence be reduced to a term of 40 months and 21 days, the time he will have served by December 17, 2004. It is also requested that he be ordered to report to the United States Probation Office for the Central District of California, Riverside Office, within 72 hours of his release by the Bureau of Prisons. The government suggests that this sentence will reward the defendant's cooperation and provide ample punishment for his actions.

It is requested that if the court requests additional information, it may be provided in camera.

                              Respectfully submitted,

                              GREGORY G. LOCKHART
                              United States Attorney

                              */s/ Robert C. Brichler*
                              ROBERT C. BRICHLER (0017745)
                              Assistant United States Attorney
                              221 East Fourth Street, Suite 400
                              Cincinnati, Ohio 45202
                              (513) 684-3711
                              Fax: (513) 684-2047
                              Robert.Brichler@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served upon Martin S. Pinales, Attorney for Defendant, 105 West Fourth Street, Cincinnati, Ohio 45202, this 16th day of December, 2004, by regular U.S. Mail.

                              */s/ Robert C. Brichler*
                              ROBERT C. BRICHLER     #0017745
                              Assistant U.S. Attorney