UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-1-02-001 |
| v. | : | **O R D E R** |
| AARON J. SMITH | : | Senior J. Spiegel |

- - - - - - - - - - - - - - - - - - - - - - -

Upon motion of the United States for a reduction of the defendant's sentence pursuant to Rule 35(b)(2), F.R.Cr.P., and finding that it is well taken;

IT IS HEREBY ORDERED that the defendant Aaron J. Smith's sentence be reduced from 70 months to 40 months and 21 days.

IT IS FURTHER ORDERED that upon release by the Bureau of Prisons, he report within 72 hours to the U.S. Probation Office for the Central District of California, Riverside Office. All other terms and conditions of the Judgment and Conviction Order filed October 29, 2002 shall remain in full force and effect.

12/16/04
DATE

HONORABLE S. ARTHUR SPIEGEL
SENIOR U.S. DISTRICT COURT JUDGE