Case No: 02-4261
**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

04 DEC 16 PM 2:40

ORDER

FILED
DEC 16 2004
LEONARD GREEN, Clerk

1:02-CR-00001
Judge Spiegel

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

AARON J. SMITH

    Defendant - Appellant

BEFORE: DAUGHTREY and COLE, Circuit Judges; POLSTER* District Judge.

Upon consideration of appellant's motion to dismiss the petition for rehearing,

It is ORDERED that the motion be and hereby is GRANTED.

ENTERED BY ORDER OF THE COURT

*Leonard Green/ab*
Leonard Green, Clerk

\* The Honorable Dan Aaron Polster, United States District Judge for the Northern District of Ohio, sitting by designation.