**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

04 DEC 16 PM 2:38

No: 02-4261

Filed: December 16, 2004

1:02-CR-00001
Judge Spiegel

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

AARON J. SMITH

    Defendant - Appellant

### MANDATE

Pursuant to the court's disposition that was filed 10/19/04 the mandate for this case hereby issues today.

A True Copy.

COSTS:   NO COSTS

Attest:

Filing Fee ...........$
Printing .............$

    Total ........$

_Nancy Barnes_
Deputy Clerk