IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. CR-1-02-01 |
| | : | (Judge S. Arthur Spiegel) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| AARON SMITH, | : | |
| | : | |
| Defendant. | : | |

**SUPPLEMENT TO**
**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Now comes the Defendant, Aaron Smith, by and through counsel, and submits a letter that was inadvertently omitted as an attachment to his Motion for Early Termination of Supervised Release.

Respectfully submitted,

SIRKIN, PINALES & SCHWARTZ LLP


 /s/ Martin S. Pinales
MARTIN S. PINALES (Ohio Bar No. 0024570)
105 West Fourth Street, Suite 920
Cincinnati, Ohio 45202
Telephone (513) 721-4876
Facsimile (513) 721-0876

- and -

DAVID A. ELDEN
11377 W. Olympic Blvd., 10th Fl.
Los Angeles, California 90064
Telephone: (310) 478-3100
Telecopier: (310) 478-2200

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was forwarded via the Court's electronic filing system to Robert C. Brichler, Assistant U.S. Attorney, Atrium II, Suite 400, 221 E. Fourth Street, Cincinnati, Ohio 45202, on this 3rd day of December 2007.

    /s/ Martin S. Pinales
MARTIN S. PINALES (Ohio Bar No. 0024570)