Startree107  
A California Non-Profit Public  
Benefit Corporation

350 University Avenue, Suite B  
Costa Mesa, CA 92701

November 13, 2007

**To Whom It May Concern: Re: Aaron Smith Volunteer Community Service**

Sir or Madam:

This letter is to thank Aaron Smith for 120 hours of community service for Startree107 during the year, 2007. Aaron was very helpful in the initial start up period with community relations and our program Life Changes For Kids. Aaron continues to work with us on a volunteer basis.

Sincerely,

Barry S. Jorgensen  
Acting C.E.O.