UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:02-cr-00001 |
| Plaintiff, | : | Senior Judge S. Arthur Spiegel |
| vs. | : | |
| | : | **ORDER TERMINATING SUPERVISED RELEASE** |
| AARON SMITH, | : | |
| Defendant. | : | |

The above named Defendant was placed on Supervised Release on December 20, 2004, for a period of five (5) years.

Based on the recommendation of the supervising United States Probation Officer and with the consent of counsel for the United States, the Court hereby GRANTS Defendant's Motion for Early Termination of Supervised Release (doc. 59). It is hereby ORDERED that the Defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

SO ORDERED.

Date: 12/4/07

S. Arthur Spiegel
United States Senior District Judge